No. 53217.—Bristol-Myers Co. et al. *v.* United States, protests 110078–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53218.—American Express Company et al. *v.* United States, protests 128492–K/1047, etc. (Chicago).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 53219.—Bellows & Co., Inc., et al. *v.* United States, protests 137205–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.